STATE of Missouri, Respondent,

v.

**Ronnie L. SEUTTER, Appellant.**

No. WD 49976.

Missouri Court of Appeals,
Western District.

Jan. 21, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 1997.

Application to Transfer Denied
April 29, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and HANNA and ELLIS, JJ.

### ORDER

PER CURIAM:

Ronnie Seutter appeals his convictions following a jury trial for one count of rape, § 566.030, RSMo Cum.Supp.1992, two counts of sodomy, § 566.060, RSMo Cum.Supp.1992, and one count of attempted sodomy, § 566.060, RSMo Cum.Supp.1992, and sentences of consecutive terms of fifteen years imprisonment on each count for a total of

sixty years. He claims that insufficient evidence was presented to prove the victim was under the age of fourteen at the time of the offenses, an essential element of the crimes charged. Mr. Seutter also appeals the denial of his Rule 29.15 motion for postconviction relief without an evidentiary hearing arguing that trial counsel was ineffective in failing to call certain witnesses.

The judgment of convictions and the order denying the postconviction relief motion are affirmed. Rule 30.25(b) and 84.16(b).